UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,       )
                                )   1:05-cv-00346 AWI
                                )
              Respondent,       )   NEW CASE NUMBER:
                                )
      v.                        )   1:05-cv-00346 OWW
                                )
JUAN REFUGIO SANCHEZ,           )
                                )
                                )   ORDER REASSIGNING CASE
              Petitioner.       )
                                )
_____)
```

It appearing that the above Petition for Writ of Habeas Corpus filed pursuant to 28 USC 2255 is related to action 1:03-cr-5165 OWW, United States vs Juan Refugio Sanchez, et al.

IT IS HEREBY ORDERED that this action is reassigned from the docket of Judge Anthony W. Ishii to the docket of Judge Oliver W. Wanger.

IT IS SO ORDERED.

**Dated:   May 7, 2006**                              **/s/ Oliver W. Wanger**
emm0d6                                         UNITED STATES DISTRICT JUDGE

1